# United States Court of Appeals
## For the First Circuit

No.  19-1664

IN RE: VINCENT MICHAEL MARINO

Movant - Appellant

**JUDGMENT**

Entered: May 26, 2020
Pursuant to 1st Cir. R. 27.0(d)

On July 30, 2019, appellant was notified that the Prison Litigation Reform Act (PLRA), enacted on April 26, 1996, requires prisoners appealing from a civil judgment or order to pay the Clerk of the District Court the full $505 filing fee required for commencing an appeal. Appellant was informed that if he were unable to prepay this fee, he could apply under 28 U.S.C. § 1915(a) to pay the fee in installments.  On March 13, 2020, appellant was notified that the appeal would be dismissed for lack of prosecution if the filing fee was not paid in the district court or the completed PLRA Forms 1, 2, 3, and 4 were not filed in the Court of Appeals by March 27, 2020.

To date, the district court record does not reflect that the $505 appellate filing fee was paid to the Clerk of the District Court as required by Fed. R. App. P. 3.0(b). Nor have PLRA Forms 1, 2, 3, and 4 been received for filing.

Accordingly, this appeal is dismissed pursuant to Local Rule 3.0(b) for want of diligent prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Vincent Michael Marino